**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00697-CR

### ALLEN MAURICE LITTLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F-0951721-Y**

## ORDER
Before Justices Bridges, Francis, and Lang

Based on the Court's opinion of this date, we set aside the trial court's restitution order and remand the case to the trial court for a hearing to determine the proper amount of restitution.

We **ORDER** the trial court to transmit a record of the proceedings, including the new written restitution order, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the record of the restitution hearing is received, whichever is earlier.

/s/      DOUGLAS S. LANG
JUSTICE